JAMES D. COCKCROFT et al., Appellants, *v.* JOHN V. COCKCROFT et al., Respondents, and GEORGIA C. COCKCROFT, Appellant.

*Cockcroft* v. *Cockcroft,* 146 App. Div. 878, affirmed.
(Argued January 20, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1911, affirming a judgment in favor of defendants, respondents, entered upon a dismissal of the complaint by the court on trial at Special Term in an action to establish a trust in certain real property.

*Franklin Pierce* and *Walter Large* for appellants.

*Edward S. Clinch* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.